Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>JOHN KAMMERER,<br>　　　　Defendant.<br>_____ | Docket 6:13-mj-27-MJS<br><br>STIPULATION TO CONTINUE<br>INITIAL APPEARANCE AND;<br>ORDER THEREON<br><br>Courtroom: U.S. District Court - Yosemite<br>Honorable Michael J. Seng |

　　　IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant, John Kammerer, that the Initial Appearance in the above-captioned matter currently set for June 18, 2013, at 10:00 a.m. be continued to July 2, 2013, at 10:00 a.m. Mr. Kammerer needs a couple weeks in order to arrange his schedule with school to fit in the court date.

　　　Dated: June 17, 2013　　　　　　/S/ Matthew McNease
　　　　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park


　　　Dated: June 17, 2013　　　　　　/S/ John Kammerer
　　　　　　　　　　　　　　　　　　　　　　John Kammerer

1

*** ORDER ***

The Court, having reviewed the above request to continue the June 18, 2013, Initial Appearance, in *United States v. John Kammerer*, 6:13-mj-27-MJS, to July 2, 2013, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

The Initial Appearance in this case is continued to July 2, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 19, 2013

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE